## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARK W. ROSE**<br>    Plaintiff<br><br>v.<br><br>**LAW OFFICES OF MICHAEL J. AUGER, LLC &**<br>**CACH, LLC**<br>    Defendants | CIVIL ACTION NO.<br>3:10-CV-00887 (RNC)<br><br><br><br><br><br><br>DECEMBER 10, 2010 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Mark Rose, through his attorney, hereby gives notice that the claims in the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, MARK W. ROSE**

By: /s/ Daniel S. Blinn
    Daniel S. Blinn, ct02188
    Matthew W. Graeber, ct27545
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax. (860) 571-7457

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of December, 2010, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Daniel S. Blinn
                                                Daniel S. Blinn